PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SHANNON WILLIAMS,<br><br>          Defendant. | CASE NO. 2:16-CR-00029-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: August 15, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 15, 2016.

2. By this stipulation, defendant now moves to continue the status conference until September 26, 2016, and to exclude time between August 15, 2016, and September 26, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced as discovery in this case approximately 360 pages of material, as well as many audio recordings, photographs, and text messages.

///

///

b) Counsel for defendant desires additional time to consult with his client; to review the current charges; to conduct investigation and research related to the charges; to review the discovery for this matter, including real evidence and audio recordings; to discuss potential resolutions with his client; and to otherwise prepare for trial.

c) Counsel for the government has recently taken over this case for a departing attorney, and desires additional time to review the discovery in this matter in order to discuss potential resolutions with defense counsel and to otherwise prepare for trial.

d) Accordingly, both counsel believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 15, 2016 to September 26, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Rest of page blank*.]

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 10, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROSS K. NAUGHTON
ROSS K. NAUGHTON
Assistant United States Attorney

Dated:  August 10, 2016

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
SHANNON WILLIAMS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  August 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE